## 37251. JONES v. THE STATE.

MARSHALL, Justice.

The appellant, serving a life sentence in the Georgia penal system for a murder conviction affirmed in *Jones v. State,* 245 Ga. 592 (266 SE2d 201) (1980), filed in the Troup Superior Court (in which he was convicted) a "notice of appeal" from his conviction, in which he requested that the trial court clerk prepare copies of "the tapes . . . for the purpose of appeal." The superior court judge, treating the "notice of appeal" as a petition for copy of the trial records, denied the petition on the ground that the petitioner "has already been furnished with a copy of all the records involved in said matter . . ."

Even if the "petition" stated a claim of right to a copy of the trial transcript for the purpose of habeas corpus (as to this, see *McDowell v. Balkcom,* 246 Ga. 611 (272 SE2d 280) (1980) and cits.), the "petition" was properly denied on the ground that the petitioner had already been furnished a copy of the transcript in connection with his direct appeal. *Mydell v. Clerk, Superior Court of Chatham County,* 241 Ga. 24 (243 SE2d 72) (1978).

*Judgment affirmed. All the Justices concur.*

DECIDED APRIL 8, 1981.

Willard Chesley Jones, *pro se.*

Arthur E. Mallory III, District Attorney, Arthur K. Bolton, Attorney General, Mary Beth Westmoreland, Assistant Attorney General, for appellee.